# SCHEDULE A

1.     FACILITIES TO BE DIVESTED TO THE ACQUIRER

At the Acquirer's option, all assets utilized in Advanta's Sugar Beet Seed Business located at:

| | |
|---|---|
| West Fargo, North Dakota, USA | Beijing, China |
| Kapelle, Netherlands | Cesena, Italy |
| Rilland, Netherlands | Sopronhorpacs, Hungary |
| Bergen Op Zoom, Netherlands | Leszno, Poland |
| Tienen, Belgium | Poznan, Poland |
| Nerac, France | Nitra, Slovakia |
| Soissons, France | Kiev, Ukraine |
| Gomiecourt, France | Moscow, Russia |
| La Reunion, France | Las Condes, Santiago, Chile |
| Boothby, Lincolnshire, England | Paine, Chile |
| Sleaford, Lincolnshire, England | Marchena, Andalucia, Spain |
| | Zaragoza, Aragon, Spain |

SCHEDULE A

2(a).   SUGAR BEET PATENTS TO BE DIVESTED TO THE ACQUIRER

| COUNTRY / TERRITORY | FILING DATE | APPLICATION NO. | GRANT DATE | PATENT NO. | OWNER | TITLE |
|---|---|---|---|---|---|---|
| EP | 08/18/1997 | EP19970936530 | 11/12/2003 | 0938574 | SES EUROPE N.V. S.A. | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| WO | 8/18/1997 | PCT/BE97/00092 | | W0 00/44915 | SES EUROPE N.V. S.A | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| HU | 8/18/1997 | P-9904271 | | | SES EUROPE N.V. S.A | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| US | 8/18/1997 | 09/242,216 | 10/2/2001 | 6,297,428 | SES EUROPE N.V. S.A | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| EA | 8/18/1997 | 199900144 | | | SES EUROPE N.V. S.A SES | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| SK | 8/18/1997 | PV 197-99 | | | SES EUROPE N.V. S.A | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| UA | 8/18/1997 | 99020962/M | | | SES EUROPE N.V. S.A | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| PL | 8/18/1997 | P-331837 | | | SES EUROPE N.V. S.A | P15 OR METHOD FOR INDUCING VIRAL RESISTANCE INTO A PLANT (BNYVV RESISTANCE) |
| EP | 7/9/1999 | 98870159.5 | | EP 1144551A | SES EUROPE N.V. S.A | METHOD OF GENETIC MODIFICATION OF A WILD TYPE VIRAL SEQUENCE |
| WO | 7/9/1999 | PCT/BE99/00089 | | W0 00/03025 | SES EUROPE N.V. S.A | METHOD OF GENETIC MODIFICATION OF A WILD TYPE VIRAL SEQUENCE |
| US | 7/9/1999 | 09/743,905 | | | SES EUROPE N.V. S.A | METHOD OF GENETIC MODIFICATION OF A WILD TYPE VIRAL SEQUENCE |

SCHEDULE A

| COUNTRY / TERRITORY | FILING DATE | APPLICATION NO. | GRANT DATE | PATENT NO. | OWNER | TITLE |
|---|---|---|---|---|---|---|
| WO | 01/26/2000 | PCT/EP00/00609 | | W0 00/44915 | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| EA | 01/26/2000 | 200100820 | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| EE | 01/26/2000 | 0390/01 PC | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| HU | 01/26/2000 | P0105157 | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| SK | 01/26/2000 | PV 1057-2001 | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| US | 01/26/2000 | 09/889,938 | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| UA | 01/26/2000 | 2001085927 | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| PL | 01/26/2000 | P-349573 | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| EP | 01/27/1999 | 992002360.0 | | | SES EUROPE N.V. S.A | METHOD FOR CONVEYING BNYVV RESISTANCE TO SUGAR BEET PLANTS (RNAI) |
| US | 7/17/2000 | 09/617,659 | | | SES EUROPE N.V. S.A | METHOD FOR OBTAINING A GENETICALLY MODIFIED PLANT (NAKED DNA) |
| EP | 10/12/2000 | 00870230.0 | | | SES EUROPE N.V. S.A | METHOD FOR OBTAINING A GENETICALLY MODIFIED PLANT (NAKED DNA) |
| WO | 11/30/2001 | PCT/GB01/05321 | | | SES EUROPE N.V. S.A | T227-1 FLANKING SEQUENCES |

SCHEDULE A

| COUNTRY / TERRITORY | FILING DATE | APPLICATION NO. | GRANT DATE | PATENT NO. | OWNER | TITLE |
|---|---|---|---|---|---|---|
| US | 11/30/2001 | 10/415,602 | | | SES EUROPE N.V. S.A | T227-1 FLANKING SEQUENCES |
| EP | 11/30/2001 | 01998654.6 | | | SES EUROPE N.V. S.A | T227-1 FLANKING SEQUENCES |
| WO | 6/25/2002 | PCT/US02/19860 | | | SES EUROPE N.V. S.A | DOUBLE FRUCTAN BEETS |
| US | 6/25/2002 | 10/415,686 | | | SES EUROPE N.V. S.A | DOUBLE FRUCTAN BEETS |
| EP | 6/25/2002 | EP02746637.4 | | | SES EUROPE N.V. S.A | DOUBLE FRUCTAN BEETS |

2(b).   PATENTS WITH SUGAR BEET APPLICABILITY TO BE LICENSED TO THE ACQUIRER

| COUNTRY / TERRITORY | FILING DATE | APPLICATION NO. | GRANT DATE | PATENT NO. | OWNER | TITLE |
|---|---|---|---|---|---|---|
| NL | 2/7/1996 (priority) | 1002275 (priority) | 8/8/1997 | 1002275 | | |
| WO | 2/7/1997 | PCT/NL97/00039 | | WO 97/29186 | Advanta Seeds B.V | MODIFICATION OF POLYSACCHARIDES |
| CA | 2/7/1997 | 2,245,818 | | | | |
| EP | 2/7/1997 | 97902728.1 | | | | |
| US CNT | 3/29/2002 | 10/112,797 | | | | |
| EP | 12/28/1992 | 92204098.5 | | | | |
| NL | 4/15/1993 | 9300646 | | | | |
| WO | 12/28/1993 | PCT/NL93/00279 | | | | |
| EP | 12/28/1993 | 94904344.2 | | | | METHOD FOR OBTAINING TRANSGENIC PLANTS SHOWING MODIFIED FRUCTAN PATTERN |
| PL | 12/28/1993 | 309606 | 6/30/2000 | 178789 | Advanta Seeds B.V. | |
| RU | 12/28/1993 | 951156830 | 7/20/2000 | 2152997 | | |
| UA | 12/28/1993 | 95063042 | | | | |
| US | 8/3/1995 | 08/446,834 | 2/15/2000 | 6,025,542 | | |
| US CON | 4/13/1998 | 09/059,484 | 11/16/1999 | 5,986,173 | | |
| NL | 7/8/1994 | 9401140 | | | | |
| NL | 4/5/1995 | 1000064 | | | | |
| WO | 7/7/1995 | PCT/NL95/00241 | | | | |
| AU | 7/7/1995 | 28091/95 | 5/6/1999 | 701190 | | PRODUCTION OF OLIGOSACCHARIDES IN TRANSGENIC PLANTS |
| US CON | 2/5/1998 | 09/019,385 | 11/14/2000 | 6,147,280 | Advanta Seeds B.V | |
| US CON | 3/24/2000 | 09/534,861 | | | | |
| US | 5/2/1997 | 08/765,876 | | | | |
| NZ | 7/7/1995 | 288753 | 6/8/2000 | 288753 | | |
| EP | 7/7/1995 | 95923598 | | | | |
| JP | 7/7/1995 | 50423496 | | | | |

3.     SUGAR BEET TRADEMARKS TO BE DIVESTED TO THE ACQUIRER

| Owner | Territory | Mark | Status | Registration number (Application number) | Registration date (Application date) |
|-------|-----------|------|--------|------------------------------------------|--------------------------------------|
| Advanta Seeds B.V. | China | VDH LOGO | Registered | 581792 | 10 Feb 92 |
| Advanta Seeds B.V. | China | VANDERHAVE LOGO | Registered | 581791 | 28 May 02 |
| D.J. Van derHave B.V. | Denmark | VANDERHAVE LOGO | Registered | 8771/92 | 25 Sep 92 |
| Advanta Seeds B.V. | Finland | VANDERHAVE LOGO | Registered | 119724 | 05 Jun 92 |
| Advanta Seeds B.V. | Finland | VDH LOGO | Registered | 122449 | 05 Oct 92 |
| Advanta Seeds B.V. | Norway | VANDERHAVE LOGO | Registered | 152458 | 24 Sep 92 |
| Advanta Seeds B.V. | Norway | VDH LOGO | Registered | 152459 | 24 Sep 92 |
| Advanta Seeds B.V. | Sweden | VDH LOGO | Registered | 233845 | 30 Apr 92 |
| Advanta Seeds B.V. | Sweden | VANDERHAVE LOGO | Registered | 235329 | 29 May 92 |
| Advanta Seeds B.V. | Argentina | VDH LOGO | Application | 2438965 | 24 Jun 03 |
| Advanta Seeds B.V. | Argentina | VANDERHAVE LOGO | Registered | 1445900 | 30 Jun 93 |
| Advanta Seeds B.V. | Austria | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Austria | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Belarus | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Belarus | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Benelux | VDH LOGO | Registered | 334343 | 23 Jul 75 |
| Advanta Seeds B.V. | Benelux | VANDERHAVE LOGO | Registered | 334342 | 23 Jul 75 |

SCHEDULE A

| Owner | Territory | Mark | Status | Registration number (Application number) | Registration date (Application date) |
|---|---|---|---|---|---|
| Advanta Seeds B.V. | Benelux | VDH LOGO + BG-SUPER | Registered | 334344 | 30 Jul 75 |
| Advanta Seeds B.V. | Benelux | VDH LOGO TURBO QUATTRO | Registered | 419970 | 17 Jun 86 |
| Advanta Seeds B.V. | Benelux | VDH LOGO + QUATTRO | Registered | 420058 | 17 Jun 86 |
| Advanta Seeds B.V. | Benelux | VDH + BAAL | Registered | 407612 | 12 Apr 85 |
| Advanta Seeds B.V. | Bosnia and | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Bosnia and | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Bulgaria | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Bulgaria | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Croatia | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Croatia | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Czech Republic | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Czech Republic | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Estonia | VDH LOGO | Registered | 15880 | 01 Jun 95 |
| Advanta Seeds B.V. | Estonia | VANDERHAVE LOGO | Registered | 15652 | 04 May 95 |
| Advanta Seeds B.V. | France | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | France | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Germany | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Germany | VDH LOGO | Registered | 513122 | 17 Aug 90 |

SCHEDULE A

| Owner | Territory | Mark | Status | Registration number (Application number) | Registration date (Application date) |
|---|---|---|---|---|---|
| Advanta Seeds B.V. | Germany | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Germany | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Hungary | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Hungary | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | India | VDH LOGO | Application | 594204B | 08 Apr 93 |
| Advanta Seeds B.V. | International | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | International | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Ireland | VANDERHAVE LOGO | Registered | 144244 | 31 Jan 91 |
| Advanta Seeds B.V. | Ireland | VDH LOGO | Registered | 144245 | 31 Jan 91 |
| Advanta Seeds B.V. | Italy | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Italy | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Japan | VANDERHAVE LOGO | Registered | 2545967 | 30 Jun 93 |
| Advanta Seeds B.V. | Japan | VDH LOGO | Registered | 2577323 | 30 Sep 93 |
| Advanta Seeds B.V. | Kazakhstan | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Kazakhstan | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Korea, Democratic | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Latvia | VDH LOGO | Registered | M31122 | 20 Nov 95 |
| Advanta Seeds B.V. | Latvia | VANDERHAVE LOGO | Registered | M31358 | 20 Nov 95 |
| Advanta Seeds B.V. | Lithuania | VDH LOGO | Registered | 21380 | 18 Jan 93 |

SCHEDULE A

| Owner | Territory | Mark | Status | Registration number (Application number) | Registration date (Application date) |
|---|---|---|---|---|---|
| Advanta Seeds B.V. | Lithuania | VANDERHAVE LOGO | Registered | 21373 | 18 Jan 93 |
| Advanta Seeds B.V. | Macedonia | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Macedonia | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Moldova | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Moldova | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Morocco | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Morocco | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Portugal | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Portugal | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Romania | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Romania | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Russian Federation | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Russian Federation | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Slovakia | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Slovakia | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Slovenia | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Slovenia | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Spain | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Spain | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |

SCHEDULE A

| Owner | Territory | Mark | Status | Registration number (Application number) | Registration date (Application date) |
|---|---|---|---|---|---|
| Advanta Seeds B.V. | Switzerland | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Switzerland | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | Turkey | VANDERHAVE LOGO | Registered | 162697 | 29 Jun 95 |
| Advanta Seeds B.V. | Turkey | VDH LOGO | Registered | 162485 | 29 Jun 95 |
| Advanta Seeds B.V. | Ukraine | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V. | Ukraine | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| Advanta Seeds B.V. | U.K. | VDH LOGO | Registered | 1454536 | 01 Feb 91 |
| Advanta Seeds B.V. | U.K. | VANDERHAVE LOGO | Registered | 1454538 | 01 Feb 91 |
| Advanta Seeds B.V. | U.S.A. | VDH LOGO | Registered | 1596720 | 15 May 90 |
| Advanta Seeds B.V. | Uzbekistan | VDH LOGO | Registered | 513122 | 19 May 87 |
| Advanta Seeds B.V.. | Uzbekistan | VANDERHAVE LOGO | Registered | 513123 | 19 May 87 |
| SES Europe N.V .S.A. | Benelux | 'KIEMEND ZAAD'(IMAGE) | Registered | 313523 | 29 Nov 72 |
| SES Europe N.V .S.A. | Bosnia Herzegovina | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | Germany | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | France | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | International (WIPO) | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | Italy | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | Yugoslavia | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |

SCHEDULE A

| Owner | Territory | Mark | Status | Registration number (Application number) | Registration date (Application date) |
|---|---|---|---|---|---|
| SES Europe N.V .S.A. | Morocco | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | Austria | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | Portugal | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | Spain | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |
| SES Europe N.V .S.A. | Switzerland | 'KIEMEND ZAAD'(IMAGE) | Registered | R394179 | 29 Nov 72 |

4.    SUGAR BEET PLANT BREEDER RIGHTS TO BE DIVESTED TO THE ACQUIRER

| Species | Variety name | Registered owner | Country | Registration number (Application Number) | Registration date (Application date) | Status |
|---------|--------------|------------------|---------|------------------------------------------|--------------------------------------|--------|
| Sugarbeet | Stru 2906 | Hermann Strube | Community Plant Variety Office (CPVO) | (2002/0132) | (07.03.02) | Application pending |
| Sugarbeet | Dieck 3903 | Dieckmann U. | CPVO | (2002/0116) | (28.02.02) | Application pending |
| Sugarbeet | Stru 3903 | Hermann Strube | CPVO | (2002/0133) | (07.03.02) | Application pending |
| Sugarbeet | Dieck 12 | Dieckmann U. | CPVO | | | Application pending |
| Sugarbeet | Dieck 13 | Dieckmann U. | CPVO | 8084 | 06.08.01 | Granted |
| Sugarbeet | Dieck 24 | Dieckmann U. | CPVO | 9675 | 15.07.02 | Granted |
| Sugarbeet | Dieck 28 | Dieckmann U. | CPVO | 9677 | 15.07.02 | Granted |
| Sugarbeet | Dieck 29 | Dieckmann U. | CPVO | 9678 | 15.07.02 | Granted |
| Sugarbeet | Stru 2901 | Dr Hermann Strube | CPVO | 9676 | 15.07.02 | Granted |
| Sugarbeet | Stru 2902 | Dr Hermann Strube | CPVO | 10049 | 23.09.02 | Granted |
| Sugarbeet | Stru 2903 | Hermann Strube | CPVO | 10050 | 23.09.02 | Granted |
| Sugarbeet | Stru 4904 | Hermann Strube | CPVO | 10547 | 10.02.03 | Granted |
| Sugarbeet | Stru 4903 | Hermann Strube | CPVO | (1999/1837) | (15.12.99) | Application pending |
| Sugarbeet | F99201 | Van der Have Sugar Beet Seed | CPVO | (1999/1836) | (15.12.99) | Application pending |
| Sugarbeet | F99202 | Van der Have Sugar Beet Seed | CPVO | 8080 | 06.08.01 | Granted |
| Sugarbeet | F99203 | Van der Have Sugar Beet Seed | CPVO | 9067 | 02.04.02 | Granted |
| Sugarbeet | M99202 | Van der Have Sugar Beet Seed | CPVO | 9068 | 02.04.02 | Granted |
| Sugarbeet | M99401 | Van der Have Sugar Beet Seed | CPVO | 8079 | 06.08.01 | Granted |
| Sugarbeet | M99402 | Van der Have Sugar Beet Seed | CPVO | 9664 | 15.07.02 | Granted |
| Sugarbeet | F01204 | Van der Have Sugar Beet Seed | CPVO | 8203 | 06.08.01 | Granted |
| Sugarbeet | SES001 | SES Europe N.V. S.A. | CPVO | (2001/1309) | (13.08.01) | Application pending |
| Sugarbeet | SES002 | SES Europe N.V. S.A. | CPVO | (2001/0635) | (06.04.01) | Application pending |
| Sugarbeet | SES003 | SES Europe N.V. S.A. | CPVO | (2001/0636) | (06.04.01) | Application pending |
| Sugarbeet | SES004 | SES Europe N.V. S.A. | CPVO | (2001/0637) | (06.04.01) | Application pending |
| Sugarbeet | SES005 | SES Europe N.V. S.A. | CPVO | (2001/0638) | (06.04.01) | Application pending |
| Sugarbeet | SES006 | SES Europe N.V. S.A. | CPVO | (2001/0639) | (06.04.01) | Application pending |
| Sugarbeet | SES007 | SES Europe N.V. S.A. | CPVO | (2001/0640) | (06.04.01) | Application pending |
| Sugarbeet | SES008 | SES Europe N.V. S.A. | CPVO | (20010641) | (06.04.01) | Application pending |
| Sugarbeet | SES009 | SES Europe N.V. S.A. | CPVO | ()2001/0642 | (06.04.01) | Application pending |
| Sugarbeet | SES009 | SES Europe N.V. S.A. | CPVO | (2001/0643) | (06.04.01) | Application pending |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Complaint, proposed Final

Judgment, and Hold Separate Stipulation and Order to be served on counsel for defendants in this

matter in the manner set forth below:

By first class mail, postage prepaid:

Counsel for Defendant Syngenta AG:

> Kenneth S. Prince, Esquire
> Shearman & Sterling LLP
> 599 Lexington Avenue
> New York, NY 10022-6069

Counsel for Defendants AstraZeneca plc,
Koninklijke Cooperatie Cosun U.A., and
Advanta B.V.:

> Paul W. Bartel, II
> Davis Polk & Wardwell
> 450 Lexington Avenue
> New York, NY 10017

Angela L. Hughes
Member of the D.C. Bar, #303420
Antitrust Division
U.S. Department of Justice
325 Seventh Street, N.W., Suite 500
Washington, DC 20530
(202) 307-6410
(202) 307-2784(Fax)